LEWIS BRISBOIS BISGAARD & SMITH LLP
PETER DIXON, SBN 39063
SCOTT L. JOHNSON, SBN 184295
One Sansome St., Suite 1400
San Francisco, CA   94104
Tel:   (415) 362-2580
Fax:   (415) 434-0882

Attorneys for Defendants
WINN AND SIMS, A Professional Corporation
(sued erroneously herein as "Winn & Sims, A Professional Corporation")
and BRIAN N. WINN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND OFFICE

| | |
|---|---|
| LEON E. CHEATHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>WINN & SIMS, Professional Corporation, BRIAN N. WINN, RALPH SIMS, individuals,<br><br>Defendants. | CASE NO. 06-0309 (SBA)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**<br><br>Complaint Filed:   January 17, 2006<br>Trial Date:   None Set |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff LEON L. CHEATHAM, by and through his attorney of record Irving L. Berg of The Berg Law Group, and Defendants WINN AND SIMS, A PROFESSION CORPORATION (sued erroneously herein as "WINN & SIMS, A PROFESSIONAL CORPORATION") and BRIAN N. WINN, by and through their attorney of record Scott L. Johnson of Lewis, Brisbois, Bisgaard & Smith, LLP, that this action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: March __, 2006                              THE BERG LAW GROUP


                                                   By:_____//s//_____
                                                         IRVING L. BERG
                                                         Attorney for Plaintiff
                                                         LEON L. CHEATHAM

4816-3322-9824.1                              1

STIP & ORD FOR DISMISSSAL F ACTION

Dated: March __, 2006                              LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____//s//_____
    SCOTT L. JOHNSON
    Attorneys for Defendant
    WINN AND SIMS, A Professional
    Corporation, and BRIAN N. WINN

**ORDER OF DISMISSAL WITH PREJUDICE**

IT IS SO ORDERED this 27th day of March, 2006.

_____*Saundra B. Armstrong*_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE